UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER WAYNE SANDLIN,<br><br>    Petitioner<br><br>vs.<br><br>STATE OF NORTH CAROLINA,<br><br>    Respondent. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:19-HC-2243-M** |

**Decision by Court.**

This action came before the Honorable Richard E. Myers II, United States District Judge, for petitioner's failure to comply with the order of deficiency.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES WITHOUT PREJUDICE the action for failure to prosecute and DENIES a Certificate of Appealability.

This Judgment filed and entered on January 10, 2020, and copies to:
Christopher Wayne Sandlin, 12977, Onslow County Detention Facility, 717 Court Street, Jacksonville, NC  28540 (via U.S. Mail)

January 10, 2020

Peter A. Moore, Jr.
Clerk of Court

By: _Susan K. Edwards_
Deputy Clerk